IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

KEVIN COIT,
    Plaintiff

v.

LISA SHAW,
    Defendant

No. 1:18-cv-2273

(Judge Kane)

## ORDER

**AND NOW**, on this 28th date of May 2019, in accordance with the Memorandum issued concurrently with this Order, **IT IS ORDERED THAT**:

1. Defendant's motion to dismiss (Doc. No. 17), converted to a motion for summary judgment, is **GRANTED**;

2. The Clerk of Court is directed to enter judgment in favor of Defendant Lisa Shaw and against Plaintiff Kevin Coit;

3. Plaintiff's motion to appoint counsel (Doc. No. 24) is **DENIED AS MOOT**; and

4. The Clerk of Court shall **CLOSE** this case.

                                                      s/ Yvette Kane
                                                      Yvette Kane, District Judge
                                                      United States District Court
                                                      Middle District of Pennsylvania